822 A.2d 606

IN THE MATTER OF DONALD S. ROSANELLI, AN ATTORNEY
AT LAW (ATTORNEY NO. 030491981).

May 23, 2003.

## ORDER

The Disciplinary Review Board having filed with the Court its
decision in DRB 02–357, concluding that as a matter of final
discipline **DONALD S. ROSANELLI** of **NEWARK**, who was
admitted to the bar of this State in 1981, should be should be
suspended from practice for a period of six months based on his
guilty plea to endangering the welfare of a child, a crime of the
fourth degree, in violation of *N.J.S.A.* 2C:24–4b(5)(b), the criminal
proceedings in respect of which have been postponed, pursuant to
*N.J.S.A.* 2C:43–12 and –13 and *Rule* 3:28 by respondent's admis-
sion into the Pretrial Intervention Program;

And **DONALD S. ROSANELLI** having been ordered to show
cause why he should not be disbarred or otherwise disciplined;

And good cause appearing;

It is ORDERED that **DONALD S. ROSANELLI** is hereby
suspended for a period of six months, effective June 22, 2003 and
until the further Order of the Court; and it is further

ORDERED that if respondent fails to complete the Pretrial
Intervention Program, the disciplinary proceedings before this
Court may be reopened; and it is further

ORDERED that respondent be restrained and enjoined from
practicing law during the period of suspension and that respon-
dent comply with *Rule* 1:20–20; and it is further

ORDERED that the entire record of this matter be made a
permanent part of respondent's file as an attorney at law of this
State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.